# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- )<br>)<br>K-W Construction, Inc. )<br>)<br>Under Contract No. N69450-13-D-1769 ) | ASBCA No. 61221 |

APPEARANCES FOR THE APPELLANT:

Elizabeth H. Connally, Esq.
 Connally Law, PLLC
 San Antonio, TX

William W. Sommers, Esq.
 Langley & Banack, Inc.
 San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:

Ronald J. Borro, Esq.
 Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
 Assistant Director
Jonathan M. Warren, Esq.
 Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61221, Appeal of K-W Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals